# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KOSS CORPORATION,**
    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　　　　**Case No. 06C501**

**PILOT AIR FREIGHT CORP. and**
**PILOT AIR FREIGHT INT'L LTD.,**
    **Defendants and Third-party Plaintiffs,**

    **v.**

**LJUDMAN AB and POSTEN EXPRESS AB,**
    **Third-party Defendants.**

## ORDER

On September 14, 2006, Magistrate Judge Goodstein, to whom this case was then assigned, entered a scheduling order providing that any mediation should take place by December 31, 2006, that parties should disclose all witnesses by February 15, 2007, and that all discovery should be completed by March 15, 2007. On November 6, 2006, Ljudman AB filed a motion to dismiss third-party plaintiffs' complaint. On December 21, 2006, defendants/third-party plaintiffs filed an expedited motion to amend/correct Judge Goodstein's scheduling order to add 120 additional days to all remaining scheduled events, given the pending motion to dismiss. On January 5, 2007, this action was transferred to my chambers for lack of consent.

I will deny defendants/third-party plaintiffs' motion to amend the September 14 scheduling order to the extent that it requests an extension of 120 days for remaining events. Instead, I will instead vacate the scheduling order. I will set a date and time for another

Case 2:06-cv-00501-LA   Filed 01/10/07   Page 1 of 2   Document 46

scheduling conference after deciding third-party defendants' motion to dismiss.

**THEREFORE, IT IS ORDERED** that defendants/third-party plaintiffs' motion to amend/correct scheduling order is **DENIED**.

**IT IS FURTHER ORDERED** that the September 14, 2006, scheduling order is vacated.

Dated at Milwaukee, Wisconsin, this 10 day of January, 2007.

/s_____
LYNN ADELMAN
District Judge