UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KOSS CORPORATION,**
    **Plaintiff,**

    **v.**      **Case No. 06C501**

**PILOT AIR FREIGHT CORP. and**
**PILOT AIR FREIGHT INTERNATIONAL, LTD.,**
    **Defendants and Third-party Plaintiffs,**

    **v.**

**LJUDMAN AB and POSTEN EXPRESS AB,**
    **Third-party Defendants.**

---

## ORDER

Plaintiff's complaint alleges that I have diversity jurisdiction over this matter. For diversity purposes, general and limited partnerships are citizens of every jurisdiction in which any partner is a citizen. <u>Indiana Gas Co. v. Home Ins. Co.</u>, 141 F.3d 314, 316 (7th Cir. 1998). Plaintiff's complaint alleges that defendant Pilot Air Freight International, Ltd. is a limited partnership, but does not contain information regarding the citizenship of its partners.

**THEREFORE, IT IS ORDERED** that plaintiff shall provide the court with the citizenship information regarding each partner of defendant Pilot Air Freight International, Ltd within five (5) days of this order, so that I may determine whether I have subject matter jurisdiction over this case.

Dated at Milwaukee, Wisconsin, this 16 day of May, 2007.

                                                    /s_____
                                                  LYNN ADELMAN
                                                  District Judge